IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 6:22-mj-00009-HBK |
| vs. | ) | |
| | ) | ORDER APPOINTING COUNSEL |
| MICHAEL PATRICK RARIDAN, | ) | |
| | ) | (Doc. No. 11) |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pending is the Office of the Federal Defender's Motion brought on behalf of Defendant seeking appointment of counsel. (Doc. No. 11). The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and requests counsel be appointed.

Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, IT IS HEREBY ORDERED that Griffin Estes of the Office of the Public Defender be appointed to represent the above defendant in this case. This appointment shall remain in effect until further order of this Court.

Dated:   August 11, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE