UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00226-ADA-HBK-1 |
|---|---|
| v. | ORDER SETTING DISCOVERY DEADLINES |
| MICHAEL PATRICK RARIDAN | ORDER SETTING STATUS CONFERENCE |

The Defendant is charged with violating 18 U.S.C. § 1801(a), a Class A Misdemeanor, and 36 C.F.R. § 2.34(a)(2). On August 16, 2022, the Defendant made his initial appearance and requested that his case be assigned to a district judge. (Doc. No. 14). Defendant's case was assigned to the Honorable Ana de Alba on August 24, 2022. (Doc. No. 15). As a result, to the extent that the Government has not already provided discovery, the Court orders discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure and sets this matter for a status conference.

Accordingly, it is **ORDERED**:

1. Any discovery that might be owed from the Government to Defense, including but not limited to that under Rule 16 or the Jencks Act, be provided within 14 days from the date of this Order, if it has not already been provided.

2. Any so-called reciprocal discovery owed by the Defense to the Government be provided within 21 days of today.

3. Under Fed. R. Crim. P. 5(f), the United States is ordered to comply with its disclosure obligations under *Brady v. Maryland* and its progeny.  Failure to do so may result in sanctions such as dismissal of charges, evidentiary sanctions, adverse jury instructions, a grant of a new trial, vacating any conviction, and sanctions on responsible attorneys.
4. A status conference will be held before the undersigned on **September 13, 2022 at 10:00 A.M. in Yosemite.**

Dated:     August 30, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2