1  PHILLIP A. TALBERT
United States Attorney
2  JEFFREY A. SPIVAK
Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,         Case Nos. 6:22-mj-00009-HBK
11 |                    Plaintiff,                 1:22-cr-00226-ADA-HBK
12 | v.
                                        MOTION AND ORDER FOR DISMISSAL
13 | MICHAEL PATRICK RARIDAN,           WITHOUT PREJUDICE AND SETTING OF
                                        STATUS CONFERENCE BEFORE THE
14 |                    Defendant.      MAGISTRATE JUDGE

15                                      DATE: OCTOBER 3, 2022
                                        TIME: 8:30 AM
16                                      COURT: HON. ANA DE ALBA

17

18       The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of

20 Criminal Procedure, moves to dismiss Count One of the Superseding Information in case (charging a

21 violation of Title 18, United States Code, section 1801(a), Video Voyeurism), a Class A misdemeanor –

22 in the interest of justice without prejudice.

23       Should the Court grant the dismissal, the remaining charge (Count Two – Disorderly Conduct)

24 alleges a Class B misdemeanor (a petty offense) and, thus, pursuant to Federal Rule of Criminal

25 Procedure 58(b)(2)(E)(i), the case may be properly heard by the Hon. Helena Barch-Kuchta, U.S.

26 Magistrate Judge for all further proceedings with or without the defendant's consent.

27

28

                                         1

Finally, the government requests the 1:22-cr-00226-ADA case be closed, the October 3, 2022 status conference (in the 1:22-cr-00226-ADA case) be vacated, and the matter be placed upon Judge Barch-Kuchta's October 4, 2022 calendar at 10:00 am for further status conference and initial appearance/arraignment (on case 6:22-mj-00009-HBK).  The government has confirmed this October 4, 2022 date and time with defense counsel.

DATED:  September 12, 2022            Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

## **O R D E R**

IT IS HEREBY ORDERED that Count One of the Superseding Information is dismissed in the interest of justice without prejudice.

IT IS FURTHER ORDERED that case #1:22-cr-00226-ADA is ordered CLOSED and the October 3, 2022 hearing before the Honorable Ana De Alba is hereby VACATED.

IT IS FURTHER ORDERED that this matter is hereby set for status conference and arraignment before the Honorable Helena Barch-Kuchta on October 4, 2022 at 10:00 am at the Yosemite Courthouse, and that this case continue as case number 6:22-mj-00009-HBK for all further proceedings.

IT IS SO ORDERED.

   Dated:   September 13, 2022                                                                    
                                              UNITED STATES DISTRICT JUDGE